UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JANET COLSON, | ) |
| | ) CASE NO: 05-4083 |
| Plaintiff, | ) |
| | ) |
| vs. | ) DEMAND FOR JURY TRIAL |
| | ) |
| NATIONAL RAILWAY EQUIPMENT | ) |
| CO., MID-STATES TECHNICAL | ) |
| STAFFING SERVICES, INC., a/k/a | ) |
| ENTEGEE, and RAY THORNTON, | ) |
| Individually, | ) |
| | ) |
| Defendants. | ) |

FILED
OCT 13 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**COMES NOW**, the Plaintiff, Janet Colson, by and through her attorney, M. Leanne Tyler, and hereby respectfully demands a trial by jury with regard to the issues and facts so triable in the above entitled cause pursuant to F.R.Civ.P. 38.

BY: /s/ M. Leanne Tyler
M. Leanne Tyler
Tyler & Associates, P.C.
4431 East 56th Street
Davenport, Iowa 52807
(563) 355-4040