UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| JANET COLSON, | ) | CASE NO: 05-4083 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF INTEREST |
| NATIONAL RAILWAY EQUIPMENT CO., MID-STATES TECHNICAL STAFFING SERVICES, INC., a/k/a ENTEGEE, and RAY THORNTON, Individually, | ) | FILED OCT 13 2005 U.S. CLERK'S OFFICE ROCK ISLAND, ILLINOIS |
| Defendants. | ) | |

The undersigned, counsel of record for Janet Colson furnishes the following in compliance with Rule 11.3 of this Court:

1.  Janet Colson.

2.  Party to whom below listed attorney represents is not a corporation.

3.  Name of all law firms whose partners or associates appear for Janet Colson are as follows:

    A.  M. Leanne Tyler, Tyler & Associates, P.C., 4431 East 56th Street, Davenport, IA 52807, phone number (563) 355-4040.

Date signed: 10-13-05

M. Leanne Tyler
Tyler & Associates, P.C.
4431 East 56th Street
Davenport, Iowa 52807
(563) 355-4040