AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

JANET COLSON

V.

NATIONAL RAILWAY EQUIPMENT CO., MID-STATES TECHNICAL STAFFING SERVICES, INC., a/k/a ENTEGEE, and RAY THORNTON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-4083

TO: (Name and address of Defendant)

Ray Thornton
c/o National Railway Equipment Co.
300 9th Street
Silvis IL  61282

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Leanne Tyler
Tyler & Associates, P.C.
4431 East 56th Street
Davenport, IA  52807
563.355.4040

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                         10/13/2005
CLERK                                    DATE

s/T. Peeples
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JANET COLSON

**SUMMONS IN A CIVIL ACTION**

V.

NATIONAL RAILWAY EQUIPMENT CO., MID-STATES TECHNICAL STAFFING SERVICES, INC., a/k/a ENTEGEE, and RAY THORNTON

CASE NUMBER: 05-4083

TO: (Name and address of Defendant)

Mid-States Technical Staffing Services, Inc.
c/o Illinois Corp Service Company
700 South Second Street
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Leanne Tyler
Tyler & Associates, P.C.
4431 East 56th Street
Davenport, IA 52807
563.355.4040

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                    10/13/2005
CLERK                               DATE

s/T. Peeples
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

JANET COLSON

V.

NATIONAL RAILWAY EQUIPMENT CO., MID-STATES TECHNICAL STAFFING SERVICES, INC., a/k/a ENTEGEE, and RAY THORNTON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-4083

TO: (Name and address of Defendant)

National Railway Equipment Co.,
c/o Lawrence J. Beal
14400 South Robey Street
PO Box 2270
Dixmoor, IL  60426

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Leanne Tyler
Tyler & Associates, P.C.
4431 East 56th Street
Davenport, IA  52807
563.355.4040

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____s/John M. Waters_____        _____10/13/2005_____
CLERK                                DATE

_____s/T. Peeples_____
(By) DEPUTY CLERK