IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-4083 |
| | ) | |
| vs. | ) | **CERTIFICATE OF** |
| | ) | **INTEREST PURSUANT** |
| NATIONAL RAILWAY EQUIPMENT | ) | **TO RULE 11.3** |
| CO., MID-STATES TECHNICAL | ) | |
| STAFFING SERVICES, INC., a/k/a | ) | |
| ENTEGEE, and RAY THORNTON, | ) | |
| Individually, | ) | |
| Defendants. | ) | |

  The undersigned, counsel of record for National Railway Equipment Co. and Ray Thornton., Defendant, furnishes the following in compliance with Rule 11.3 of this court.

  1. The full name of every party or amicus the attorney represents in this case:

  National Railway Equipment Co. and Ray Thornton

  2. If such party is a corporation:

   (a) its parent corporation;

   N/A

   (b) a list of corporate stockholders which are publicly held companies owning 10 percent of more of the stock of the party or amicus if it is a publicly held company.

   N/A – National Railway Equipment Co. is a privately owned corporation.

  3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this case.

  Law firm(s) whose partners are expected to appear on behalf of National Railway Equipment Co. and Ray Thornton:

  PAPPAS & SCHNELL, P.C.

Dated this 10th day of November, 2005.

        NATIONAL RAILWAY EQUIPMENT CO. and
        RAY THORNTON, Defendants

        *s/ **Matthew P. Pappas***

        Matthew P. Pappas
        Terri L. Martin
        ATTORNEYS FOR DEFENDANTS
        PAPPAS & SCHNELL, P.C.
        1617 Second Avenue, Suite 300
        Rock Island, IL 61201
        Telephone: (309) 788-7110
        Facsimile: (309) 788-2773
        E-mail: mpappas@pappasandschnell.com
        E-mail: tmartin@pappasandschnell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2005, I electronically filed the foregoing Certificate of Interest Pursuant to Rule 11.3 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

M. Leanne Tyler
Attorney Plaintiff
TYLER & ASSOCIATES, P.C.
4431 E. 56th Street
Davenport, IA 52807
MLT@ltylerlaw.com

        By:  *s/**Matthew P. Pappas***
             PAPPAS & SCHNELL, P.C.
             The Paddock Building
             1617-2nd Street, Suite 300
             Rock Island, IL 61204-5408
             Telephone: 309/788-7110
             Facsimile: 309/788-2773
             mpappas@pappasandschnell.com