E-FILED
Thursday, 10 November, 2005  10:39:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | **No. 05-4083** |
| | ) | |
| vs. | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| NATIONAL RAILWAY EQUIPMENT CO., MID-STATES TECHNICAL STAFFING SERVICES, INC., a/k/a ENTEGEE, and RAY THORNTON, Individually, | ) ) ) ) ) | |
| Defendants. | ) | |

Terri L. Martin of the firm of Pappas & Schnell, P.C., in addition to Matthew P. Pappas, whose appearance has already been entered, hereby enters her appearance in the above- entitled cause of action on behalf of Defendants NATIONAL RAILWAY EQUIPMENT CO., and RAY THORNTON.

Dated this 10th day of November, 2005.

               NATIONAL RAILWAY EQUIPMENT CO., and
               RAY THORNTON
               Defendants


               By: ___s/*Terri L. Martin*_____
                  Terri L. Martin

PAPPAS & SCHNELL, P.C.
The Paddock Building
1617-2nd Street, Suite 300
Rock Island, IL 61204-5408
Telephone: 309/788-7110
Facsimile: 309/788-2773
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

M. Leanne Tyler
Attorney Plaintiff
TYLER & ASSOCIATES, P.C.
4431 E. 56th Street
Davenport, IA  52807
MLT@ltylerlaw.com

Dates this 10th day of November, 2005.

                                              By:  s/Terri L. Martin_____
                                                    PAPPAS & SCHNELL, P.C.
                                                    The Paddock Building
                                                    1617-2nd Street, Suite 300
                                                    Rock Island, IL 61204-5408
                                                    Telephone: 309/788-7110
                                                    Facsimile: 309/788-2773
                                                    tmartin@pappasandschnell.com