IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-4083 |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| NATIONAL RAILWAY EQUIPMENT CO., | ) | |
| MID-STATES TECHNICAL STAFFING | ) | |
| SERVICES, INC., and RAY THORNTON, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

John F. Doak of the law firm KATZ, HUNTOON & FIEWEGER, P.C., hereby enters his appearance as an attorney of record on behalf of Mid-States Technical Staffing Services, Inc. in the above-captioned cause of action.

Respectfully Submitted,

MID-STATES TECHNICAL STAFFING
SERVICES, INC.

By:   s/ John F. Doak
       John F. Doak  (6204122)

For:
KATZ, HUNTOON & FIEWEGER, P.C.
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone:  309/797-3000
Fax:  309/797-2167
E-mail: jdoak@katzlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2005, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Matthew P. Pappas
>Terri L. Martin
>Attorneys for Defendant National Railway
>Equipment Company and Ray Thornton
>1617 Second Avenue, Ste. 300
>Rock Island, IL 61201
>mpappas@pappasandschnell.com
>tmartin@pappasandschnell.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participants:

>M. Leanne Tyler
>Attorney for Plaintiff
>TYLER & ASSOCIATES, P.C.
>4431 E. 56TH Street
>Davenport, IA 52807
>Telephone: 319/355-4040
>Fax: 319/355-8883
>tylerlaw@revealed.net

Dated this 14th$^h$ day of November, 2005.

>By: __s/John F. Doak_____
>     KATZ, HUNTOON & FIEWEGER, P.C.
>     1000 - 36th Avenue
>     P.O. Box 950
>     Moline, IL 61266-0950
>     Telephone: 309/797-3000
>     Fax: 309/797-2167