IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-4083 |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT MID-STATES** |
| NATIONAL RAILWAY EQUIPMENT CO. | ) | **TECHNICAL STAFFING** |
| MID-STATES TECHNICAL STAFFING | ) | **SERVICES, INC.'S CORPORATE** |
| SERVICES, INC., a.k.a. ENTEGEE, and | ) | **DISCLOSURE STATEMENT** |
| RAY THORNTON, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendant Mid-States Technical Staffing Services, Inc. files two copies of this Corporate Disclosure Statement and provides the following information required by Rule 7.1:

1.  **Parent Corporation:** Entegee, Inc.'s parent company is MPS Group, Inc.

2.  **Publicly held corporations owning 10 percent or more of Defendant's stock:** No company other than MPS Group, Inc. owns 10 percent or more of Entegee, Inc.'s stock.

Dated: November 14, 2005        Respectfully submitted,

                                            MID-STATES TECHNICAL STAFFING
                                            SERVICES, INC.

                                            By: _____s/ John F. Doak_____
                                                      One of its Attorneys

John F. Doak, Bar Number 6204122
Attorney for Defendant
Katz, Huntoon & Fieweger, P.C.
1000 - 36th Avenue
P.O. Box 950
Moline, IL. 61266-0950
309-797-3000 voice
309-797-2167 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2005, I electronically filed DEFENDANT MID-STATES TECHNICAL STAFFING SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

> Matthew P. Pappas
> Terri L. Martin
> Attorneys for Defendants National Railway
> Equipment Company and Ray Thornton
> Pappas & Schnell
> 1617 Second Avenue, Suite 300
> Rock Island, IL 61201
> mpappas@pappasandschnell.com
> tmartin@pappasandschnell.com

and I hereby certify that on the same day, I mailed by United States Postal Service, the document to the following non-registered participants:

> M. Leanne Tyler
> Attorney for Plaintiff
> Tyler & Associates, P.C.
> 4431 E. 56th Street
> Davenport, IA 52807
> Telephone: (319) 355-4040
> Facsimile: (319) 355-8883
> tylerlaw@revealed.net

                                           s/ John F. Doak
                                              Attorneys