E-FILED
Friday, 16 December, 2005  11:36:09 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | **No. 05-4083** |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL RAILWAY EQUIPMENT CO., MID-STATES TECHNICAL STAFFING SERVICES, INC., a/k/a ENTEGEE, and RAY THORNTON, Individually, | ) ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED DISCOVERY PLAN**

Pursuant to Federal Rules of Civil Procedure 16 and 26(f) and CDIL Local Rule 26.2, all defendants, by counsel, met telephonically on December 14, 2005 and defendants National Railway Equipment Co. and Ray Thornton and plaintiff, by counsel, met telephonically on December 16, 2005.  The parties propose the following discovery plan:

1. **RULE 26 DISCLOSURES**: Plaintiff and defendants will serve their respective Rule 26(a)(1) disclosures on or before <u>January 31, 2006</u>.

2. **INITIAL WRITTEN DISCOVERY**: Plaintiff and defendants shall serve initial written discovery requests on or before <u>March 15, 2006</u>.

3. **JOINDER AND AMENDMENTS**: Joinder or additional parties and amendment of pleadings shall be completed by <u>April 26, 2006</u>.

4. **PLAINTIFF'S EXPERT DISCLOSURE:** Plaintiff shall disclose her expert witnesses in accordance with Rule 26(a)(2) on or before <u>May 3, 2006</u>.

5. **PLAINTIFF'S EXPERT DEPOSITION:** Depositions of plaintiff's experts shall be completed on or before July 25, 2006.

6. **DEFENDANTS' EXPERT DISCLOSURE:** Defendants shall disclose their expert witnesses in accordance with Rule 26(a)(2) on or before June 28, 2006.

7. **DEFENDANTS' EXPERT DEPOSITION:** Depositions of defendants' experts shall be completed on or before September 27, 2006.

8. **DISCOVERY COMPLETION:** All discovery shall be completed by November 16, 2006.

9. **OTHER DISCOVERY MATTERS:** Discovery is to be conducted on issues raised by the parties' claims and defenses. The plaintiff is limited to 25 interrogatories per defendant and 10 depositions per defendant. The defendants are limited to 25 interrogatories each and 10 depositions each.

10. **DISPOSITIVE MOTIONS:** Dispositive motions shall be filed on or before December 19, 2006. **Response** to motions shall be filed by February 1, 2007 and **Reply** shall be filed by February 20, 2007.

11. **TRIAL READINESS:** The case will be ready for trial on May 21, 2007.

Dated:  December 16, 2005

                        Respectfully submitted,

| | |
|---|---|
| NATIONAL RAILWAY EQUIPMENT CO. and RAY THORNTON, Defendants, | MIDSTATES TECHNICAL STAFFING SERVICES, INC., Defendant, |
| *s/ Terri L. Martin* | *s/John F. Doak* |
| Matthew P. Pappas<br>Terri L. Martin<br>ATTORNEYS FOR DEFENDANT<br>NATIONAL RAILWAY EQUIPMENT<br>CO. and RAY THORNTON<br>PAPPAS & SCHNELL, P.C.<br>1617 Second Avenue, Suite 300<br>Rock Island, IL 61201<br>mpappas@pappasandschnell.com<br>tmartin@pappasandschnell.com | John F. Doak<br>ATTORNEY FOR DEFENDANT<br>MID-STATES TECHNICAL STAFFING<br>SERVICES, INC.<br>KATZ, HUNTOON & FIEWEGER, P.C.<br>1000 – 36th Avenue<br>P.O. Box 950<br>Moline, IL  61266-0950<br>jdoak@katzlawfirm.com |

D. TONIA GILLETTE,
Plaintiff,

*s/ M. Leanne Tyler*

M. Leanne Tyler
ATTORNEY PLAINTIFF
TYLER & ASSOCIATES, P.C.
4431 E. 56th Street
Davenport, IA  52807
MLT@ltylerlaw.com