E-FILED
Friday, 17 March, 2006  01:35:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-4083 |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL RAILWAY EQUIPMENT | ) | |
| CO., MID-STATES TECHNICAL | ) | **CERTIFICATE OF SERVICE** |
| STAFFING SERVICES, INC., a/k/a | ) | |
| ENTEGEE, and RAY THORNTON, | ) | |
| Individually, | ) | |
| Defendants. | ) | |

The undersigned certifies that a true copy of Defendant's Responses to Plaintiff's First Request For Admissions Directed to Defendant, Ray Thornton was sealed in a postage prepaid envelope addressed to:

| | |
|---|---|
| M. Leanne Tyler | John F. Doak |
| Attorney Plaintiff | Attorney for Defendant, |
| TYLER & ASSOCIATES, P.C. | Midstates Technical Staffing Services, Inc. |
| 4431 E. 56th Street | KATZ, HUNTOON & FIEWEGER, PC |
| Davenport, IA  52807 | 1000 – 36th Avenue |
| Telephone (563) 355-4040 | PO Box 950 |
| Facsimile (563) 355-8883 | Moline, IL  61266-0950 |
| MLT@ltylerlaw.com | Telephone (309) 797-3000 |
| | Facsimile (309) 797-2167 |
| | jdoak@katzlawfirm.com |

and deposited in the U.S. Mail at Rock Island, Illinois on the 17th day of March, 2006.

RAY THORNTON,
Defendant

By: *s/Terri L. Martin*_____
Terri L. Martin
PAPPAS & SCHNELL, P.C.
The Paddock Building
1617 2nd Avenue, Suite 300
P.O. Box 5408
Rock Island, IL 61204-5408
Telephone: (309) 788-7110
Facsimile: (309) 788-2773
tmartin@pappasandschnell.com