E-FILED
Friday, 18 August, 2006  11:50:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JANET COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-4083 |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **AND DESIGNATION OF** |
| NATIONAL RAILWAY EQUIPMENT, CO. | ) | **LEAD COUNSEL FOR** |
| MID-STATES TECHNICAL STAFFING | ) | **DEFENDANT MID-STATES** |
| SERVICES, INC., and RAY THORNTON, | ) | **TECHNICAL STAFFING** |
| Individually, | ) | **SERVICES, INC.** |
| | ) | |
| Defendants. | ) | |

Undersigned counsel for Defendant, Mid-States Technical Staffing Services, Inc., Jeffrey P. Watson, Esq., hereby notices his appearance as lead counsel for Mid-States Technical Staffing Services, Inc.

Respectfully submitted and dated this 18th day of August, 2006.

MID-STATES TECHNICAL STAFFING
SERVICES, INC.


  /s/  Jeffrey P. Watson
Jeffrey P. Watson
Florida Bar No. 0055956
Attorney for Defendant Mid-States Technical
Staffing Services, Inc.
COFFMAN, COLEMAN, ANDREWS
& GROGAN, P.A.
Post Office Box 40089
Jacksonville, Florida 32203
Telephone: 904-389-5161
Facsimile:  904-387-9340
E-mail: jwatson@ccaglaborlaw.com

        John F. Doak
        Bar Number 6204122
        Attorney for Defendant Mid-States Technical
        Staffing Services, Inc.
        KATZ, HUNTOON & FIEWEGER, P.C.
        1000 - 36th Avenue
        Post Office Box 950
        Moline, IL. 61266-0950
        Telephone:  309-797-3000
        Facsimile:   309-797-2167

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. Pappas
Terri L. Martin
Attorneys for Defendants National Railway
Equipment Company and Ray Thornton
Pappas & Schnell
1617 Second Avenue, Suite 300
Rock Island, IL 61201
mpappas@pappasandschnell.com
tmartin@pappasandschnell.com

and

M. Leanne Tyler
Attorney for Plaintiff
Tyler & Associates, P.C.
4431 E. 56th Street
Davenport, IA 52807
Telephone: (319) 355-4040
Facsimile: (319) 355-8883
tylerlaw@revealed.net

By:   /s/  Jeffrey P. Watson
Jeffrey P. Watson
Florida Bar No. 0055956
Attorney for Defendant Mid-States Technical
Staffing Services, Inc.
COFFMAN, COLEMAN, ANDREWS
& GROGAN, P.A.
Post Office Box 40089
Jacksonville, Florida 32203
Telephone: 904-389-5161
Facsimile:  904-387-9340
E-mail: jwatson@ccaglaborlaw.com