IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JANET COLSON,                              )<br>                                                    )<br>        Plaintiff,                         )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>NATIONAL RAILWAY EQUIPMENT  )<br>CO., MID-STATES TECHNICAL       )<br>STAFFING SERVICES, INC., a/k/a   )<br>ENTEGEE, and RAY THORNTON,   )<br>Individually,                                 )<br>        Defendants.                        )<br>                                                    ) | **CASE NO. 05-4083** |

## AGREED MOTION TO AMEND SCHEDULING ORDER AND REQUEST FOR NEW TRIAL DATE

Plaintiff, Janet Colson, and Defendants, National Railway Equipment Co., Mid-States Technical Staffing Services, Inc., a/k/a Entegee and Ray Thornton, Individually, by their attorneys, move to amend the December 21, 2005 Scheduling Order and to request a new trial date.  In support thereof, the parties state:

1.  The parties need additional time to arrange for the numerous depositions to take place in this matter and to complete discovery.

2.  The parties have a settlement conference scheduled for Thursday, August 31, 2006, with Magistrate Judge John A. Gorman.

3.  The parties request that the following changes be made to the December 21, 2005 Scheduling Order:

    a.  All Discovery shall be completed by <u>April 20, 2007</u>.

   b. Any Dispositive Motions shall be filed by <u>May 25, 2007</u>; response deadline is <u>July 6, 2007</u> and reply deadline is <u>July 27, 2007</u>.

  4. The parties request new dates for trial and final pre-trial conference.

  WHEREFORE, the parties respectfully request that the above proposed changes to the Court's December 21, 2005 Scheduling Order be allowed and that the Court set new dates for trial and final pre-trial conference.

Dated: <u>August 25 , 2006</u>

Respectfully submitted,

By: _s/ M. Leanne Tyler_
  M. Leanne Tyler
  TYLER & ASSOCIATES, P.C.
  4431 E. 56th Street
  Davenport, IA  52807
  Telephone: (563) 355-4040
  Facsimile: (563) 355-8883
  E-mail:  MLT@ltylerlaw.com
  **Attorney for Plaintiff**

By: _s/ Terri L. Martin_
  Matthew P. Pappas
  Terri L. Martin
  PAPPAS & SCHNELL, P.C.
  1617 Second Avenue, Suite 300
  Rock Island, IL 61201
  Telephone:  (309) 788-7110
  Facsimile: (309) 788-2773
  E-mail: mpappas@pappasandschnell.com
  E-mail: tmartin@pappasandschnell.com
  **Attorneys for Defendants National Railway Equipment Co. and Ray Thornton**

By: _s/ John F. Doak_
  John F. Doak
  KATZ, HUNTOON & FIEWEGER, PC
  1000 – 36th Avenue
  P.O. Box 950
  Moline, IL 61266-0950
  Telephone: (309) 797-3000
  Facsimile: (309) 797-2167
  E-mail:  jdoak@katzlawfirm.com

  **Attorney for Mid-States Technical Staffing, Services, Inc.**